JS-6

HIEU T. WILLIAMS (SBN 280585)
hwilliams@hkemploymentlaw.com
MICHELLE C. FREEMAN (SBN 318908)
mfreeman@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
456 Montgomery Street, Suite 2200
San Francisco, CA  94104
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendant
ZENITH FREIGHT LINES, LLC

BOBBY SAADIAN (SBN 250377)
bobby@wilshirelawfirm.com
NICOL E. HAJJAR (SBN 303102)
nicol@wilshirelawfirm.com
NICOLE MEYERS (SBN 327327)
nmeyers@whilshirelawfirm.com
CHRISTIAN D. GIRGIS (SBN 335116)
cgirgis@wilshirelawfirm.com
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 91110
Telephone:  (213) 381-9988
Facsimile:  (213) 381-9989

Attorneys for Plaintiff
JAMES WESLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES WESLEY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ZENITH FREIGHT LINES, LLC and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.:  5:21-cv-01590-JGB-KK<br><br>[Riverside County Superior Court Case No. CVRI2103467]<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:    July 28, 2021 |

Plaintiff James Wesley and Defendant Zenith Freight Lines, LLC, acting through counsel, and pursuant to Federal Rule of Civil Procedure, Rule 41(a),

hereby stipulate to the dismissal of this entire action, with prejudice, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: April 26, 2022                    HIRSCHFELD KRAEMER LLP


By: /s/ Michelle C. Freeman
Hieu T. Williams
Michelle C. Freeman
Attorneys for Defendants
ZENITH FREIGHT LINES, LLC


Dated: April 25, 2022                    WILSHIRE LAW FIRM


By: /s/ Christian D. Girgis
Bobby Saadian
Nicol E. Najjar
Nicole Meyers
Christian D. Girgis
Attorneys for Plaintiff
JAMES WESLEY

## FILER'S ATTESTATION

The undersigned attests that concurrence in the filing of this document was obtained from all parties whose electronic signatures appear above.

Dated: April 25, 2022                    HIRSCHFELD KRAEMER LLP


By: /s/ Michelle C. Freeman
Hieu T. Williams
Michelle C. Freeman
Attorneys for Defendants
ZENITH FREIGHT LINES, LLC

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ORDER**

The Parties' joint stipulation is approved. The entire action, including all claims stated herein against all parties is hereby dismissed, with prejudice.

DATED: April 26, 2022

_____
Jesus G. Bernal
United States District Judge